UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> JULIO LOPEZ, and DOES 1 through 10, inclusive, <br><br> Defendant. | Case No.: CV 13-0111 KAW <br><br> SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES |

Pursuant to Civil Local Rule 3-12(c), the Court ORDERS that the above-captioned case is referred to Judge Maxine M. Chesney to determine whether it is related to *Wells Fargo Bank, N.A. v. Julio Lopez*, N.D. Civ. No. 12-3040, and *Wells Fargo Bank, N.A. v. Julio Lopez*, N.D. Civ. 12-4539.

IT IS SO ORDERED.

Dated: January 9, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge