IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br> v. <br><br> JULIO LOPEZ, <br><br> Defendant. | No. C 13-0111 MMC <br><br> **PRE-FILING ORDER PRECLUDING DEFENDANT JULIO LOPEZ FROM FILING NOTICE OF REMOVAL WITHOUT PERMISSION OF DUTY JUDGE** |

By order filed January 28, 2013, the Court directed defendant Julio Lopez ("Lopez") to show cause, in writing and no later than February 8, 2013, why the Court should not impose upon Lopez sanctions in the form of a pre-filing order restricting his ability to further remove plaintiff Wells Fargo Bank, N.A.'s complaint against him for unlawful detainer. Lopez has not filed a response.

Accordingly, and for the reasons stated in the Court's order of January 28, 2013, the Court finds it appropriate to issue a pre-filing order. Specifically, Lopez is hereby precluded from filing, without advance approval of the Duty Judge, a notice of removal of the matter titled <u>Wells Fargo Bank, N.A. v. Lopez, et al.</u>, filed in the Superior Court of California, County of Alameda, Case No. HG12618475.

**IT IS SO ORDERED.**

Dated: February 19, 2013

MAXINE M. CHESNEY
United States District Judge